United States District Court
for the
Southern District of Florida

TIFFANY (NJ) LLC, Plaintiff,

v.

Tiffany-xstore.com, and others,
Defendants.

Civil Action No. 16-60399-Civ-Scola

# Final Default Judgment And Permanent Injunction

THIS CAUSE came before the Court upon Plaintiff's Motion for Entry of Final Default Judgment against Defendants (ECF No. 30). The Court has carefully reviewed the Motion and the entire court file and is otherwise fully advised in the premises.

Accordingly, it is **ordered and adjudged** that Plaintiff's Motion for Entry of Final Default Judgment against Defendants (ECF No. 30) is **granted**. Judgment is hereby entered in favor of Plaintiff, Tiffany (NJ) LLC ("Plaintiff"), and against Defendants, the Individuals, Partnerships and Unincorporated Associations identified on Schedule "A" hereto (collectively "Defendants"), on all Counts of the Complaint as follows:

(1) Permanent Injunctive Relief:

Defendants and their officers, agents, representatives, servants, employees and attorneys, and all persons acting in concert and participation with them are hereby permanently restrained and enjoined from:

a. manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods using Plaintiff's trademarks identified in Paragraph 18 of the Complaint (the "Tiffany Marks");

b. using the Tiffany Marks in connection with the sale of any unauthorized goods;

c. using any logo, and/or layout which may be calculated to falsely advertise the services or products of Defendants offered for sale or sold via the domain names identified on Schedule "A" hereto (collectively the "Subject Domain

Names") and/or any other website, domain name, or business, as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiff;

d. falsely representing themselves as being connected with Plaintiff, through sponsorship or association;

e. engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendants offered for sale or sold via the Subject Domain Names and/or any other website, domain name, or business are in any way endorsed by, approved by, and/or associated with Plaintiff;

f. using any reproduction, counterfeit, copy, or colorable imitation of the Tiffany Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendants via the Subject Domain Names, and/or any other website, domain name, or business;

g. affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by Defendants via the Subject Domain Names and/or any other website, domain name, or business, as being those of Plaintiff or in any way endorsed by Plaintiff;

h. otherwise unfairly competing with Plaintiff;

i. using the Tiffany Marks, or any confusingly similar trademarks, within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and from any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by Defendants, including the Internet websites operating under all of the Subject Domain Names; and

j. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

(2) Additional Equitable Relief:

Plaintiff is additionally entitled to the following equitable relief:

a. In order to give practical effect to the Permanent Injunction, the Subject Domain Names are hereby ordered to be immediately transferred by Defendants, their assignees and/or successors in interest or title, and the Registrars to Plaintiff's control. To the extent the current Registrars do not facilitate the transfer of the Subject Domain Names to Plaintiff's control within five (5) days of receipt of this judgment, the Registries shall, within thirty (30) days, change the Registrar of Record for the Subject Domain Names to a Registrar of Plaintiff's choosing, and that Registrar shall transfer the Subject Domain Names to Plaintiff; and

b. Upon Plaintiff's request, the top level domain (TLD) Registry for each of the Subject Domain Names, or their administrators, including backend registry operators or administrators, within thirty (30) days of receipt of this Order, shall place the Subject Domain Names on Registry Hold status for the life of the current registration, thus removing them from the TLD zone files maintained by the Registry which links the Subject Domain Names to the IP addresses where the associated websites are hosted.

(3) Statutory damages:

a. Statutory damages of **$100,000.00** in favor of Plaintiff and against each Defendant, pursuant to 15 U.S.C. § 1117(c), for which let execution issue;

(4) Statutory damages in favor of Plaintiff pursuant to 15 U.S.C. § 1117(d) are determined to be:

a. $10,000.00 against Defendant tiffany-xstore.com (Defendant 1) for which let execution issue; and

b. $20,000.00 against Defendant tiffonyoutlet.it (Defendant 5) for which let execution issue.

(5) Interest from the date this action was filed shall accrue at the legal rate. *See* 28 U.S.C. §1961.

(6) The bond posted by Plaintiff in the amount of $10,000.00 is **ordered to be released** by the Clerk.

(7) The Court retains jurisdiction to enforce this Judgment and permanent injunction.

(8) The Clerk will **close** this case.

**Done and ordered** in chambers at Miami, Florida, on August 11, 2016.

Robert N. Scola, Jr.
United States District Judge

**SCHEDULE "A"**
**DEFENDANTS BY NUMBER AND SUBJECT DOMAIN NAMES**

| Defendant Number | Subject Domain Name |
|---|---|
| 1 | tiffany-xstore.com |
| 1 | dec11go.com |
| 1 | ex409.com |
| 1 | gx820.com |
| 1 | hmz24.com |
| 1 | jp728.com |
| 1 | king712.com |
| 1 | link4status.com |
| 1 | massiedispatch.com |
| 1 | n28go.com |
| 1 | rock721.com |
| 1 | tb415.com |
| 1 | tx527.com |
| 1 | tz401.com |
| 1 | tzgo17.com |
| 1 | up116.com |
| 1 | up23go.com |
| 1 | up629.com |
| 1 | up910.com |
| 1 | win1112.com |
| 1 | xz510.com |
| 1 | zeio.me |
| 1 | zy20151118.com |
| 1 | zy518.com |
| 1 | zyau10.com |
| 2 | emwatchsale.com |
| 2 | exports365.com |
| 3 | jewelrynicest.com |
| 3 | jewelrybestsale.com |
| 3 | serverjump.com |
| 4 | tfmilanooutletb2016.com |
| 4 | tfmilanoitalia.com |
| 5 | tiffonyoutlet.it |
| 5 | tiffonyoutlets.it |